Chief Justice SAYLOR, Justices EAKIN, TODD and STEVENS join the opinion.

117 A.3d 246

**Maurice FOLEY, Appellant**

v.

**PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

June 15, 2015.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of June 2015, the Order of the Commonwealth Court is **AFFIRMED.**